■ DANIEL C. BRYNDLE, Appellant, v SAFETY-KLEEN SYSTEMS, INC., Respondent. (Appeal No. 2.) [886 NYS2d 64]—Appeal from an order of the Supreme Court, Erie County (John M. Curran, J.), entered October 3, 2008 in a breach of contract action. The order, insofar as appealed from, granted defendant's motion to compel plaintiff to accept service of the amended answer.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Centra, Fahey, Carni and Pine, JJ.